UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 5-2512</u>

In Re:  Clanton

David Lee Clanton, Petitioner

(Related to W.D. of PA No. 96-cv-00031)

**O R D E R**

     Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR Misc. 107.2,

     It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute;

     It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

_Marcia M. Waldron_
Marcia M. Waldron,
Clerk

For the Court,

_Marcia M. Waldron_

Clerk

Date: August 5, 2005

cc:      Mr. David Lee Clanton

OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

WESTERN_____Clerk of District Court          Date _August 5, 2005_____
(District)

IN RE: CLANTON_____._____          C. of A. No(s). **05-2512**_____
(Caption)

DAVID LEE CLANTON_____
(**Appellant(s)**/Petitioner)

RELATED TO 96-CV-00031_____
    (D.C. No.)

Enclosures:

___08/05/05___   Certified copy of C. of A. Order by the **Court/Clerk**:

_____   Released (Record) (Supplemental Record - FIRST - Second - Third)

___xxxx_____   Copy of this form to acknowledge receipt and return to C. of A.

_____   Record not released at this time until appeal(s) closed at No.(s)_____

_____   Please forward Certified List in Lieu of Record to this office.

_____   The certified copy of order issued as the mandate on_____
            is recalled.

                                        /s/ Aina Laws_____(267)-299-_4957__
                                        AINA LAWS: Deputy Clerk

Receipt Acknowledge:

_____
  (Name)

_____
  (Date)

Rev. 3/13/00                                  Appeals (Certified List in Lieu of Record)

N:\Record Release Form.wpd